UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SCOTT JOHNSON,

        Plaintiff,

    v.

THG WEST 6, LLC, et al.,

        Defendants.

Case No. 5:21-cv-05308-EJD

**ORDER TO SHOW CAUSE**

Plaintiff in the above-entitled matter has not appeared in this case since September 16, 2021.

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause by February 24, 2022, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 16, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:21-cv-05308-EJD
ORDER TO SHOW CAUSE